JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 25-465 PA (SPx) | Date | July 30, 2025 |
|---|---|---|---|
| Title | Nelson Chilin v. Fontana Plaza, Inc., et al. | | |

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS – COURT ORDER

      Before the Court is a Notice of Voluntary Dismissal filed by plaintiff Nelson Chilin ("Plaintiff"). (Docket No. 25). Although Plaintiff's Notice of Voluntary Dismissal cites to Federal Rule of Civil Procedure 41(a)(1) and states that "this matter may be dismissed without an Order of the Court" because "[n]one of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment," defendant Fontana Plaza, Inc. ("Defendant") did in fact file an Answer to Plaintiff's Complaint. (See Docket No. 18.) As a result, dismissal of this action requires a court order. See Fed. R. Civ. P. 41(a)(2).

      Therefore, pursuant to the Notice of Voluntary Dismissal, the Court dismisses this action in its entirety with prejudice. Plaintiff shall take nothing from Defendant. The Pretrial Conference scheduled for January 16, 2026, and the Trial scheduled for February 24, 2026, are vacated.

      IT IS SO ORDERED.